RICHARD LIU, ESQ. (SBN: 308050)
richard.liu@consultils.com
RUISI GUO (SBN: Bar number pending, Admitted *pro hac vice*)
grace.guo@consultils.com
**INNOVATIVE LEGAL SERVICES, P.C.**
355 S. Grand Avenue, Ste 850
Los Angeles, CA 90071
Telephone: (626) 344-8949

*Attorneys for Plaintiffs*
Prince Fen Guizhou Cuisine Service LLC d/b/a Mifen 101 Yao Ling Yao a/k/a Mifen 101 Hua Xi Wang and Xiaoli Xue

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Prince Fen Guizhou Cuisine Service LLC d/b/a Mifen 101 Yao Ling Yao a/k/a Mifen 101 Hua Xi Wang and Xiaoli Xue, <br><br> Plaintiff, <br><br> v. <br><br> Lantingxu One LLC d/b/a Joyous Cuisine Hua Xi Wang, Yuzhu Chen, Jing Zheng, Chaoxing Zhou, Ning Zhang, Junhong Zhou, Meijing Tian, and DOES 1-10, <br><br> Defendant. | Case No.: 3:25-cv-04614-SI <br><br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE SECOND AMENDED COMPLAINT** |
| Lantingxu One LLC d/b/a Joyous Cuisine Hua Xi Wang, Yuzhu Chen, Jing Zheng, <br><br> Counter-Claimants, <br><br> v. <br><br> Prince Fen Guizhou Cuisine Service LLC d/b/a Mifen 101 Yao Ling Yao a/k/a Mifen 101 Hua Xi Wang and Xiaoli Xue, <br><br> Counter-Defendants. | |

1

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE SECOND AMENDED COMPLAINT**

Pursuant to Civil Local Rule 7-12, Plaintiffs Prince Fen Guizhou Cuisine Service LLC and Xiaoli Xue (together, "Plaintiffs"), by and through their counsel of record, Richard Liu and Ruisi Guo of Innovative Legal Services, P.C., and Defendants Lantingxu One LLC, Yuzhu Chen, and Jing Zheng (together, "Defendants"), by and through their counsel of record, Bing Zhang Ryan of Zhang Law Group (collectively referred to herein as the "Parties"), hereby agree and stipulate as follows:

**RECITALS**

**WHEREAS**, on April 8, 2026, Plaintiffs filed the First Amended Complaint;

**WHEREAS**, on April 22, 2026, Defendants filed a Motion to Dismiss the First Amended Complaint;

**WHEREAS**, upon reviewing the Motion to Dismiss, Plaintiffs identified grounds for amendment that were not previously raised in the Parties' meet-and-confer correspondence;

**WHEREAS**, without conceding the merit of any argument raised by Defendants, and solely in the interest of judicial economy and conservation of the parties' resources, Plaintiffs agree to amend the First Amended Complaint;

**WHEREAS**, counsel for Defendants is not available from May 11 to 27, 2026;

**NOW THEREFORE**, based on the foregoing, **IT IS HEREBY STIPULATED** that:

1.  Plaintiffs shall file the Second Amended Complaint by May 29, 2026.

2.  Defendants shall file their response to the Second Amended Complaint by June 19, 2026.

3.  Upon the filing of the Second Amended Complaint, Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 55) and all associated briefing dates shall be deemed moot. For the avoidance of doubt, this Stipulation does not affect Defendants' Motion to Compel Arbitration (Dkt. No. 54), which shall remain pending and proceed according to the existing briefing schedule and hearing date.

**IT IS SO STIPULATED AND AGREED**.

[Signature Page to Follow]

///

///

///

INNOVATIVE LEGAL SERVICES, P.C.
355 S. Grand Avenue, Suite 850
Los Angeles, CA 90071
Tel: (626)344-8949

2

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE SECOND AMENDED COMPLAINT**

Dated:_____May 12, 2026_____          **INNOVATIVE LEGAL SERVICES, P.C.**

*Grace Guo*
_____
Ruisi Guo
Richard Liu
*Attorneys for Plaintiffs Prince Fen Guizhou*
*Cuisine Service LLC and Xiaoli Xue*

Dated: _____May 12, 2026_____          **ZHANG LAW GROUP**

_____/s/ Bing Zhang Ryan_____
Bing Zhang Ryan
*Attorney for Defendants Lantingxu One*
*LLC, Yuzhu Chen, and Jing Zheng*

INNOVATIVE LEGAL SERVICES, P.C.
355 S. Grand Avenue, Suite 850
Los Angeles, CA 90071
Tel: (626)344-8949

3

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE SECOND AMENDED COMPLAINT**

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.


DATED: __May 12, 2026_____

_____
Hon. Susan Illston
United States District Judge

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE SECOND AMENDED COMPLAINT**

INNOVATIVE LEGAL SERVICES, P.C.
355 S. Grand Avenue, Suite 850
Los Angeles, CA 90071
Tel: (626)344-8949